The People of the State of New York, Respondent, v Kofi O. Hampton, Appellant.

Submitted November 13, 2007; decided November 27, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order

entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).